IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JONATHAN ALLEN DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-160-D |
| | ) | |
| OKLAHOMA COUNTY JAIL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff has initiated this action by filing *pro se*, a one-page document bearing only the case caption; the title, "Complaint;" his signature, address, and telephone number; and a single word, "kiddnaping" [sic]. He also has completed a civil cover sheet that describes his cause of action as "Held in jail against my will." Despite a liberal construction, Plaintiff's papers are patently insufficient to satisfy federal pleading requirements.

Rule 3 of the Federal Rules of Civil Procedure provides: "A civil action is commenced by filing a complaint with the court." Rule 8 states that a complaint "must contain: (1) a short and plain statement of the grounds for the court's jurisdiction . . . ; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." Fed. R. Civ. P. 8(a). To be sufficient, the statement must "'give the defendant fair notice of what the . . . claim is and the grounds

upon which it rests.'" *Erickson v. Padrus*, 551 U.S. 89, 93-94 (2007) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007)).

The Complaint in this case plainly fails to satisfy these requirements. In light of Plaintiff's *pro se* status, the Court will afford him an opportunity to amend his pleading. However, Plaintiff is cautioned that a *pro se* litigant must "'follow the same rules of procedure that govern other litigants.'" *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) (quoting *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994)).

IT IS THEREFORE ORDERED that Plaintiff shall file a complaint that complies with Rule 8(a) not later than March 9, 2017. Failure to comply with this Order will result in the dismissal of this case without further notice to Plaintiff.

IT IS SO ORDERED this 21st day of February, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE